| | |
|---|---|
| POTTERY HANDY LLP<br>Mark D. Potter (SBN 166317)<br>mark@potterhandy.com<br>James M. Treglio (SBN 228077)<br>jimt@potterhandy.com<br>Isabel Rose Masangue (SBN 292676)<br>isabelm@potterhandy.com<br>Jason Kyle Masanque (SBN 351792)<br>jasonm@potterhandy.com<br>100 Pine St., Ste 1250<br>San Francisco, California 94111<br>(415) 535-1911<br>Fax: (888) 444-5191<br><br>*Attorneys for Plaintiffs*<br>JACKIE MYERS and<br>ANTHONY MARQUEZ | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>P. CRAIG CARDON (SBN 168646)<br>ccardon@sheppardmullin.com<br>BENJAMIN O. AIGBOBOH (SBN 268531)<br>baigboboh@sheppardmullin.com<br>RANA SALEM, (SBN 358050)<br>rsalem@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6017<br>Telephone:   310.228.3700<br>Facsimile:    310.228.3701<br><br>*Attorneys for Defendant*<br>DICK'S SPORTING GOODS, INC. |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE MYERS and ANTHONY MARQUEZ, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-3241-DJC-CKD<br><br>*Assigned to the Hon. Daniel J. Calabretta*<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Complaint Filed: Sept. 25, 2025<br>Trial Date:          None Set |

1    Pursuant to Local Rule 144(a), Plaintiffs Jackie Myers and Anthony Marquez (collectively
2 "Plaintiffs") and Defendant Dick's Sporting Goods, Inc. ("DSG"), by and through their undersigned
3 counsel, hereby stipulate and agree as follows:

4    WHEREAS, Plaintiff filed a *Class Action Complaint* against DSG in state court on
5 September 25, 2025.

6    WHEREAS, Plaintiff served the *Class Action Complaint* on DSG on October 8, 2025.

7    WHEREAS, DSG filed a *Notice of Removal* of Plaintiffs' state court action to this Court on
8 November 7, 2025.

9    WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c), DSG's initial deadline to
10 respond to the *Class Action Complaint* is November 14, 2025.

11    WHEREAS, on November 11, 2025, the parties submitted an initial stipulation extending
12 DSG's November 14, 2025 deadline to respond to the *Class Action Complaint* by twenty-eight (28)
13 days to December 12, 2025.

14    WHEREAS, DSG has requested a 10-day extension of the December 12, 2025 deadline to
15 respond to the *Class Action Complaint* due to travel obligations and other deadlines of the DSG
16 personnel responsible for this action.

17    WHEREAS, the parties have conferred and agreed to extend DSG's December 12, 2025
18 deadline to respond to the *Class Action Complaint* by 10 days to December 22, 2025.

19    WHEREAS, as set forth above, this would be the second extension of time as to DSG's
20 deadline to respond to the *Class Action Complaint*.

21    NOW, THEREFORE, it is hereby stipulated and agreed that DSG's deadline to respond to
22 the *Class Action Complaint* is extended by 10 days from December 12, 2025 to December 22, 2025.

23    **IT IS SO STIPULATED.**

24
25
26
27
28

-1-    Case No. 2:25-cv-3241-DJC-CKD
SMRH:4930-4012-7359.1    Second Stipulation to Extend Deadline to Respond to Complaint

POTTER HANDY LLP

Dated: December 8, 2025    By  /s/ James M. Treglio
                               (as authorized on December 8, 2025)
                               Mark D. Potter
                               James M. Treglio
                               Isabel Rose Masangue
                               Jason Kyle Masanque

*Attorneys for Plaintiffs*
JACKIE MYERS and
ANTHONY MARQUEZ


SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated: December 8, 2025    By  /s/ Benjamin O. Aigboboh
                               P. CRAIG CARDON
                               BENJAMIN O. AIGBOBOH

*Attorneys for Defendant*
DICK'S SPORTING GOODS, INC.

## ORDER

**IT IS SO ORDERED**.

Dated: December 10, 2025    /s/ Daniel J. Calabretta
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE