| | |
|---|---|
| POTTERY HANDY LLP<br>Mark D. Potter (SBN 166317)<br>mark@potterhandy.com<br>James M. Treglio (SBN 228077)<br>jimt@potterhandy.com<br>Isabel Rose Masangue (SBN 292676)<br>isabelm@potterhandy.com<br>Jason Kyle Masanque (SBN 351792)<br>jasonm@potterhandy.com<br>100 Pine St., Ste 1250<br>San Francisco, California 94111<br>(415) 535-1911<br>Fax: (888) 444-5191<br><br>*Attorneys for Plaintiffs*<br>JACKIE MYERS and<br>ANTHONY MARQUEZ | SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>P. CRAIG CARDON (SBN 168646)<br>ccardon@sheppardmullin.com<br>BENJAMIN O. AIGBOBOH (SBN 268531)<br>baigboboh@sheppardmullin.com<br>RANA SALEM, (SBN 358050)<br>rsalem@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6017<br>Telephone:  310.228.3700<br>Facsimile:  310.228.3701<br><br>*Attorneys for Defendant*<br>DICK'S SPORTING GOODS, INC. |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE MYERS and ANTHONY MARQUEZ, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-3241-DJC-CKD<br><br>*Assigned to the Hon. Daniel J. Calabretta*<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINES IN CONNECTION WITH THE MOTION TO DISMISS AND THE MOTION TO COMPEL ARBITRATION**<br><br>Complaint Filed: Sept. 25, 2025<br>Trial Date:         None Set |

1  Plaintiffs Jackie Myers and Anthony Marquez (collectively, "Plaintiffs") and Defendant
2  Dick's Sporting Goods, Inc. ("DSG"), by and through their undersigned counsel, hereby stipulate
3  and agree as follows:

4  WHEREAS, Plaintiffs filed a *Class Action Complaint* against DSG in state court on
5  September 25, 2025.

6  WHEREAS, Plaintiffs served the *Class Action Complaint* on DSG on October 8, 2025.

7  WHEREAS, DSG filed a *Notice of Removal* of Plaintiffs' state court action to this Court on
8  November 7, 2025.

9  WHEREAS, DSG filed a *Motion to Compel Arbitration of Claims Asserted by Plaintiff*
10 *Anthony Marquez* and a *Motion to Dismiss* (collectively, the "*Motions*") on December 22, 2025.

11 WHEREAS, under Local Rule 230, Plaintiffs' oppositions to DSG's *Motions* were due
12 January 5, 2026, and DSG's replies are due January 15, 2026.

13 WHEREAS, Plaintiffs filed oppositions to DSG's *Motions* on January 5, 2026.

14 WHEREAS, DSG has requested a 7-day extension of the January 15, 2026, deadline to file
15 replies in support of DSG's *Motions* due to other deadlines of the DSG personnel responsible for
16 this action.

17 WHEREAS, the parties have conferred and agreed to extend DSG's January 15, 2026,
18 deadline to file reply briefs in support of DSG's *Motions* by 7 days to January 22, 2026.

19 WHEREAS, as set forth above, this would be the first extension of time as to these deadlines.

20 WHEREAS, a brief extension of these deadlines will not require rescheduling the March 5,
21 2026, hearing noticed in DSG's *Motions*.

22 NOW, THEREFORE, it is hereby stipulated and agreed that DSG's deadline to file replies
23 in support of DSG's *Motions* is extended by 7 days from January 15, 2026, to January 22, 2026.

24 **IT IS SO STIPULATED.**

25
26
27
28

POTTER HANDY LLP

Dated:  January 8, 2026          By     /s/ James M. Treglio
                                        (as authorized on January 8, 2025)
                                        Mark D. Potter
                                        James M. Treglio
                                        Isabel Rose Masangue
                                        Jason Kyle Masanque

*Attorneys for Plaintiffs*
JACKIE MYERS and
ANTHONY MARQUEZ


SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated: January 8, 2026           By     /s/ Benjamin O. Aigboboh
                                        P. CRAIG CARDON
                                        BENJAMIN O. AIGBOBOH

*Attorneys for Defendant*
DICK'S SPORTING GOODS, INC.


**ORDER**

**IT IS SO ORDERED**.

Dated:  January 8, 2026          /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE